UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CITATION / CASE NO. 3:09-mj-66 CMK

## ORDER TO PAY

David L. Jaynes

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City       State       Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: 3-22-10       X David Jaynes
                    DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: F3813455      FINE 490.00   ASGMT. 10.00
CITATION / CASE NO: F4207059      FINE 490.00   ASGMT. 10.00
CITATION / CASE NO: _____         FINE _____    ASGMT. _____
CITATION / CASE NO: _____         FINE _____    ASGMT. _____

(F3813456 - Dismissed)

☒ **FINE TOTAL** of $ 980.00 _____ and a penalty assessment of $ 20.00 ~~within~~
~~_____ days/months or~~ payments of $ 50.00 per month, commencing 5-1-2010 and due on the first of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
☒ **PROBATION** to be unsupervised / ~~supervised~~ for: 2 years
Probation to terminate upon payment. Defendant excluded from national lands for recreational purposes or wood gathering until fine paid in full.
PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~       CLERK, USDC
~~P.O. Box 740026~~                 ~~650 Capitol Mall, Rm 2546~~ 501 I Street
~~Atlanta, GA 30374-0026~~          Sacramento, CA 95814
~~1-800-827-2982~~

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.
DATE: 3-22-10       _____
                    U.S. MAGISTRATE JUDGE

Clerk's Office                                                EDCA - 03 Rev 8/97